(PERSONALLY)
To: Abel Acosta, Clerk,
for the Texas Court
of Criminal Appeals.

25,823-02

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 10 2015
Abel Acosta, Clerk

Dear Mr. Acosta:

I'm taking the liberty to address this legal package 'specifically' to You in the hopes of reaching a lenient and discretionary ear.

This package contains a "Petition for Writ of Mandamus," and is supported by a "Motion for Leave of Court," which pleads for the court's permission to proceed informa pauperis; attached to that motion is a six month inmate trustfund account verifying a continuous zero ($0.00) or negative balance.
Both, will require Your assistance with assuring they are properly filed. A task any of Your accomplished personnel are easily capable of performing.

The reason I've selected to direct this to You personally is based on my belief that You not only know each of the court's sitting judges professionally, but You have an intimate grasp of their individual idiosyncrasies.

Some Judges (I feel) look disfavorably towards Pro Se litigants in general, and especially abhor those of us who (for whatever reason) are forced to actually hand-write our pleadings.

Naturally, I wish to avoid any who may harbor such sentiments. My Petition deserves an honest and fair assessment of its merits, for they are — like I've stated — quite substantially grounded when viewed without emotion or prejudice.

My Dear Sir, I do not ask (nor even suggest) you circumvent the system, only that — in this one instance — you take the initiative to docket this particular Petition with the panel (or Judge) you feel will appreciate it for the... Truths it exemplifies; a Judge who will even thank you for having the insight (and for taking the time) to present him with this Petition.

That's about all I have to say Mr. Acosta, or ask. I pray my efforts prove beneficial to us both. God Bless You!

Sincerely,

Stacy L. Cowner

Also: it would be most helpful if you would send confirmation of filing, along with the designated case number; thank you!